191 F.2d 402
 F. M. STOWELL
v.
CENTRAL PRODUCTION COMPANY, Inc., a Kansas corporation, et al.
 No. 4334.
 United States Court of Appeals Tenth Circuit.
 September 11, 1951.
 
 Appeal from the United States District Court for the Northern District of Oklahoma.
 Spillers & Spillers and Hughey Baker, all of Tulsa, Okl., for appellant.
 Hunt & Eagleton and Max G. Cohen, all of Tulsa, Okl., for appellees.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed September 11, 1951, on application of appellant.